GEORGE A. TITTERINGTON, as Executor of MORRIS M. TITTERINGTON, Deceased, Appellant, *v.* CHARLES H. COLVIN et al., Respondents.

(Argued October 24, 1935; decided November 20, 1935.)

*I. R. Oeland, John B. Reardon* and *Leon R. Jillson* for appellant.

*Edward S. Greenbaum, Morris L. Ernst* and *Alexander Lindey* for Charles H. Colvin, respondent.

*Leonard P. Moore* and *David S. Hecht* for Pioneer Instrument Company, Inc., respondent.

Order affirmed and judgment absolute ordered against the appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.